UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SEAN G. DOUGLAS,

        Plaintiff,

v.                                         Case No.  5:11-cv-191-Oc-10TBS

MICHAEL J. ASTRUE, Commissioner of
Social Security,

        Defendant.
_____/

## ORDER

Pending before the Court is Defendant's Uncontested Motion for Extension of Time to File Memorandum of Law Through December 14, 2011 (Doc. No. 20). Pursuant to Local Rule 3.01(g), counsel for the defendant represents that the plaintiff's attorney has been contacted and has no objection to the requested extension of time.  Upon due consideration, the defendant's motion is hereby GRANTED and the defendant has through December 14, 2011 within to prepare and submit his memorandum of law.

        IT IS SO ORDERED.

        DONE AND ORDERED in Ocala, Florida, on November 15, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel